UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

                Plaintiff,        25-cv-6680 (JGK)

     - against -               ORDER

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 29, 2025.

SO ORDERED.

Dated:    New York, New York
           October 15, 2025

                                        John G. Koeltl
                             United States District Judge