UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TREY ZAGANTE,

                Plaintiff(s)

                              25 civ 6680 (JGK)

    -against-

FIRST UNUM LIFE INSURANCE COMPANY,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A conference to scheduled for today, at 3:30pm,

The conference scheduled for Wednesday, November 12, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          November 6, 2025