UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TREY ZAGANTE,

                Plaintiff,

    - against -

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.

---

25-cv-6680 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed during the November 6, 2025 telephone conference, the parties shall meet and confer in an effort to reach consensus regarding a briefing schedule for the appropriate standard of review. The parties are directed to provide the Court with a status update by **Friday, November 21, 2025**.

SO ORDERED.

Dated:    New York, New York
            November 12, 2025

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge