UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

               Plaintiff,

25-cv-6680 (JGK)

ORDER

- against -

FIRST UNUM LIFE INSURANCE COMPANY,

               Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a case-management conference on **Monday, November 24, 2025, at 3:30 p.m.** The parties should be prepared to discuss the proposed briefing schedule outlined in their November 13, 2025 letter to the Court. ECF No. 16.

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          November 17, 2025

                                          John G. Koeltl
                                    United States District Judge