UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TREY ZAGANTE,

                Plaintiff,

    - against -

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.

25-cv-6680 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the plaintiff's April 3, 2026 letter on **Thursday, April 23, 2026, at 3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          April 13, 2026

                        John G. Koeltl
               United States District Judge