UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TREY ZAGANTE,

                    Plaintiff,

        - against -

FIRST UNUM LIFE INSURANCE COMPANY,

                    Defendant.

---

25-cv-6680 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

   The telephone conference scheduled for April 23, 2026 at 3:00 p.m. is adjourned until **Thursday, April 30, 2026 at 3:30 p.m.**

   Dial-in: 646-453-4442, with access code 67527833#.

   The Clerk is respectfully instructed to close ECF No. 25.

SO ORDERED.

Dated:    New York, New York
          April 20, 2026

                                        John G. Koeltl
                                 United States District Judge