UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

                  Plaintiff,

    -against-

FIRST UNUM LIFE INSURANCE COMPANY,

                Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, May 20, 2026 at 10:30 AM.**

Counsel for Plaintiff and Defendant should be prepared to discuss the ongoing discovery

disputes. The parties are directed to join the conference at the scheduled time. Please dial

(646) 453-4442, Access Code: 821 573 101#.

DATED:  May 12, 2026
           New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**