UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREY ZAGANTE,<br><br>               Plaintiff,<br><br>      -against-<br><br>FIRST UNUM LIFE INSURANCE COMPANY,<br><br>           Defendant. | 25-CV-06680 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The deadline for completing fact discovery in this matter appears to have expired on April 14, 2026. (ECF 20.) Plaintiff filed its application for discovery before the fact discovery deadline (ECF 21) but did not include a request for extension of the discovery deadline. In light of my order requiring production of certain discovery by Defendant, I am extending the deadline for completing fact discovery sua sponte and nunc pro tunc until **June 30, 2026.**

DATED:  May 21, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**