UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on July 20, 2026, the parties shall meet and confer further and provide a status update to the Court on their remaining discovery disputes on **July 24, 2026**.

DATED: July 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**