UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a discovery conference on **July 31, 2026 at 2:00 PM**. The parties should be prepared to discuss Plaintiff's letter motion at ECF 40. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 568 175 597#.**

DATED: July 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**