UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on July 31, 2026:

1. Plaintiff shall have until **August 5, 2026** to send a letter to Defendants identifying additional claimed deficiencies in Defendants' production.

2. Defendant shall have until **August 7, 2026** to supplement its production of materials previously identified by Plaintiff as missing and until **August 12, 2026** to begin a rolling production of additional documents identified in Plaintiffs' letter of **August 5, 2026**.

3. Defendant shall have until **August 12, 2026** to provide Plaintiff with a declaration explaining the types of data stored on the NavLink system.

4. By **August 14, 2026,** the parties shall file a joint letter on the docket identifying any issues previously raised with the Court in the motions to compel at ECF 34 and ECF 40 that remain unresolved. To the extent there are any such issues, the Court will issue an order setting a discovery conference.

5. The deadlines for completing discovery and making dispositive motions are extended as follows: fact discovery shall be completed by **September 4, 2026**; dispositive

motions shall be filed by **October 2, 2026**, with opposition papers being due by **October 30, 2026**, and replies being due by **November 13, 2026**. Further extensions of these deadlines will not be granted absent very good cause shown.

6. The parties shall file joint letters providing updates on the status of discovery beginning on **August 7, 2026** and every other Friday thereafter until discovery is complete.

DATED: August 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**