UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a discovery conference on **August 28, 2026 at 11:00 AM**. The parties should be prepared to discuss the discovery issues raised in parties' joint letter at ECF 46. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 701 188 393#.**

The Clerk of Court is respectfully requested to terminate ECFs 34 and 40.

DATED: August 25, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**