UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREY ZAGANTE,

Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

25-CV-06680 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on September 18, 2026, Plaintiff shall by **October 2, 2026** file a letter under seal not to exceed two single spaced pages explaining the basis for seeking further discovery; Defendants shall have until **October 9, 2026** to file a response under seal not to exceed two single spaced pages as well as a letter motion not to exceed two single spaced pages explaining why the underlying letters should be maintained under seal. If I conclude that additional discovery is appropriate, I will extend the discovery deadline nunc pro tunc.

DATED: September 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**